**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **FRESSIA MEDINA-CABALLERO** | **CASE NO. 3:26-CV-01561 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **ELEAZAR GARCIA ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the lack of objections;

**IT IS ORDERED, ADJUDGED AND DECREED** that Motion to Dismiss [doc. 4] be **GRANTED** and that the instant petition be **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED** in Chambers on the 13th day of October, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**